# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY C. FLOWERS SR.,<br><br>    Defendant. | 8:18CR245<br><br>ORDER |

Before the Court are the Findings and Recommendation (F&R) of Magistrate Judge Michael D. Nelson, ECF No. 58. The F&R recommends that the Defendant's Motion to Suppress, ECF No. 24, be denied. No objections to the F&R have been filed within the time designated. After a review of the Court record in this matter, including the Magistrate Judge's very thorough and well-reasoned F&R,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 58, are adopted; and
2. The Defendant's Motion to Suppress, ECF No. 24, is denied.

Dated this 16th day of July, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge