IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TONY C. FLOWERS, SR.,<br><br>              Defendant. | 8:18-CR-245<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the United States' Motion to Dismiss "the Amended Petition for Warrant or Summons for Offender Under Supervision[.]" Filing 86 at 1 (citing Filing 81). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Amended Petition for Offender Under Supervision, Filing 81, is dismissed without prejudice; and

2. This case is terminated.

Dated this 15th day of August, 2023.

                                                  BY THE COURT:

                                                  Brian C. Buescher
                                                  United States District Judge